SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6765
Facsimile (415) 436-7234
Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

FILED

JUL 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW LIERSCH, <br><br> Defendant. | No. CR 02 40140 SBA (WDB) <br><br> REQUEST FOR RETURN OF PASSPORT AND ORDER (~~PROPOSED~~) |

After he was charged in this district, Andrew Liersch ultimately was released on a secured bond, and his passport was lodged with the Clerk's Office in Oakland. Subsequently, and following litigation about where venue was appropriate, a grand jury in the Southern District of California returned an indictment with money laundering charges in case number CR 04 2521 JSR. Liersch remained on release on essentially the same terms as those set initially in this district, and his passport remains with the Clerk's Office in Oakland.

The case in the Southern District of California has been resolved, and Liersch has been sentenced to time served. Bond has already been exonerated in the Southern District, and the parties submit this request that the Clerk of the Court release the passport to Liersch.

REQUEST AND ORDER
(CR 02 40140 SBA(WDB))

1     Because Liersch is in San Diego, he has asked the United States to pick up the passport and
2 express mail it to his attorneys in San Diego. Either someone from the United States Attorney'ss
3 Office or Special Agent Oscar Iglesias will pick up the passport, and the order provides the
4 appropriate authorization.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: 7/10/07

LAUREL BEELER
Assistant United States Attorney

Dated: 7/5/07

STEVEN F. HUBACHEK
TODD W. BURNS
Attorneys for Defendant

    For good cause shown, the Clerk of the Court is directed to release defendant Andrew F. Liersch's passport to either the defendant, his attorneys, someone from the United States Attorney's Office, or Special Agent Oliver Iglesias of the Internal Revenue Service.

IT IS SO ORDERED.

Dated: 7-13-07

WAYNE D. BRAZIL
United States Magistrate Judge

REQUEST AND ORDER
(CR 02 40140 SBA(WDB))          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

ANDREW LIERSCH,

        Defendant.

Case Number: CR-02-40140 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2007, I SERVED a true and correct copy of Request for Return of Passport and Order, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Laurel Beeler  
Assistant U.S. Attorney  
450 Golden Gate Avenue, Box 36055  
San Francisco, CA 94102

U.S. Pretrial Services  
1301 Clay Street, Ste. 100C  
Oakland, CA 94612

cc: Lisa Clark, Clerk of Judge S.B. Armstrong  
    Odile Hansen/Financial

Dated: July 13, 2007

Richard W. Wieking, Clerk

By: Ivy Garcia, Deputy Clerk